HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDY DUVINE,<br><br>   Petitioner,<br><br> v.<br><br>LAURA HERMOSILLO, et al.,<br><br>   Respondents. | Case No. 2:25-cv-2583-RAJ-SKV<br><br>ORDER |

ORDER - 1

The Court **GRANTS** Petitioner's Unopposed Motion for Expedited Briefing Schedule, Dkt. # 2, as follows:

1. Respondents shall file a return to the habeas petition no later than **December 31, 2025**. The return shall be noted on the Court's motion docket for the due date of the Petitioner's traverse – 5 days after the due date of the respondent's return. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion. The return shall be filed using the "Response to Habeas Petition" ECF filing event.

2. Any traverse by Petitioner(s) shall be filed no later than **January 5, 2026**. A traverse filed through ECF shall be filed using the "Reply to Response to Motion" filing event.

3. Respondents shall provide Petitioner(s) and Petitioner(s)' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into a weekend, holiday, or date the Court is closed) prior to any action to move or transfer any Petitioner(s) from the Western District of Washington or to remove them from the United States.

4. The Clerk is directed to effectuate immediate service, if service has not already been accomplished, of the habeas petition filed in this case upon Respondents by emailing a copy of the habeas petition and this order to USAWAW.ImmigrationHabeasService@usdoj.gov.

5. For Petitioner(s) who are represented by counsel, their counsel shall provide Petitioner(s)' A-file number promptly to the U.S. Attorney's Office via email to USAWAW.ImmigrationHabeasAnumbers@usdoj.gov.

6. If either party seeks an expedited or enlarged briefing schedule, counsel for that party (or the party themselves, if unrepresented) shall contact the opposing counsel

(or party) promptly to meet and confer. The parties shall then file a joint expedited motion, noted for the same day it is filed, that contains either an agreed briefing schedule or the parties' competing proposals for a briefing schedule.

DATED this 29th day of December, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 3