UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENDY DUVINE,<br><br>                    Petitioner(s),<br><br>       v.<br><br>LAURA HERMOSILLO et al.,<br><br>                    Respondent(s). | CASE NO. 2:25−cv−02583−SKV<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable S. Kate Vaughan, United States Magistrate Judge. All future documents filed in this case must bear the cause number 2:25−cv−02583−SKV and bear the Judge's name in the upper right hand corner of the document.

DATED January 5, 2026

                                        Ravi Subramanian
                                        Clerk of Court

                                        By:  /s/ Stefanie Prather
                                                Deputy Clerk