# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

|  |  |
|---|---|
| KENDY DUVINE,<br><br>    Petitioner,<br><br>  v.<br><br>LAURA HERMOSILLO, et al.,<br><br>    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C25-2583-SKV |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

(1) Respondents' request that the Court deny the petition, Dkt. 8, is DENIED;

(2) Petitioner's Writ of Habeas Corpus, Dkt. 1, is GRANTED;

(3) The Government SHALL hold a bond hearing for Petitioner within fourteen (14) calendar days of this Order; and

(4) Any fee petition SHALL be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated this 9th day of January, 2026.

                 RAVI SUBRAMANIAN
                 Clerk of Court


                  s/Stefanie Prather
                 Deputy Clerk